# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LONNIE J. KAHOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4440** |
| **STEVE HAMPTON LEA, ET AL.** | **SECTION "E"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lonnie J. Kahoe, Sr.'s civil action under 42 U.S.C. § 1983 be **TRANSFERRED** to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this 23rd day of December, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**